12-12-2014

HONORABLE JUDGE CLAIRE C. CEECHI
ATTN: WILLIAM T. WALSH, CLERK
50 WALNUT STREET
M.L.K. FEDERAL BLDG.
NEWARK, NEW JERSEY 07101

RE:   FRANCISCO TORRELLAS
      J-2012-14243
      DOCKET # 12=0447-001

Your Honor,

It was a pleasure being in front of you last week on December 5, 2014 for my sentencing. I am now going on the second week and I thought that I would have been at least transferred to M.M.C.B.O.P. last week.

I want to make sure that I am scheduled this week to be transferred out of Essex County Correctional Facility. I want to also make sure that all of the detainers have been cleared for my transfer.

I also need you to send me my Sentencing Minutes and Docket Sheet.

Thank you very much and Godd Bless.

Can you please get in contact with my Attorney Michael N. Pedicini as soon as possible.

Francisco Torrellas
USM 68275-066

*[signature]*
Francisco
Torrellas
12-12-2014
J-2012-14243

Francisco Torrell's J-2012-1434
E.C.F
354 Doremus Av
Newark, NJ 07105

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2014 DEC 17 PM 3:05

ATTN: William T. Walsh, Clerk
Honorable Judge Claire C. Cecchi
50 Walnut Street
M.L.K. Federal BLDG
Newark, New Jersey 07101

US POSTAGE >> PITNEY BOWES
ZIP 07102
02 1W
0001367558 $000.48°